1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2
   **HALL JAFFE & CLAYTON, LLP**
3  7455 W. WASHINGTON AVENUE
   SUITE 460
4  LAS VEGAS, NEVADA 89128
   (702) 316-4111
5  FAX (702)316-4114

6  rclayton@lawhjc.com
   Attorney for Defendant/Cross-Claimant,
7  Michael Johnson

8
                        UNITED STATES DISTRICT COURT
9
                              DISTRICT OF NEVADA
10

11 WILLIAM R. HANSON, a Texas Resident;
                                              CASE NO.: 2:10-cv-1649-GMN-LRL
12           Plaintiff,

13 vs.

14 MICHAEL JOHNSON, a Florida Resident,
   DREAM MAKER LLC, a Florida entity
15 *doing business as* DREAM MAKER SPAS;    **STIPULATION AND ORDER FOR**
   DOES I-XL; and ROE CORPORATIONS          **SUBSTITUTION OF COUNSEL**
16 XI-XX,

17           Defendants.

18 ─────────────────────────────
   MICHAEL JOHNSON,
19
             Cross-Claimant,
20
21 vs.

22 DREAM MAKER LLC d/b/a DREAM
   MAKER SPAS, inclusive,
23
             Cross-Defendant.
24

25
        Riley Clayton, Esq., and the law firm of Hall Jaffe & Clayton, LLP, hereby submits this stipulation
26
   and order for substitution of counsel pursuant to LR IA10-6.
27
        1.   Riley Clayton, Esq. and Hall Jaffe & Clayton, LLP, currently serve as the counsel for one
28

1  of the defendants in this matter, Michael Johnson.

2.  A conflict of interests has arisen in this case in light of Plaintiff's addition of Mandalay Bay as a co-defendant. Mandalay Bay is currently one of Mr. Clayton's clients and Mandalay Bay may have a potentially adverse interest to that of Michael Johnson with respect to this litigation.

3.  Douglas Johnson, Esq., of the Law Offices of Douglas Johnson, will substitute in as counsel of record for defendant Michael Johnson.

4.  Michael Johnson hereby consents to the substitution of his new lawyer.

5.  The substitution of counsel will not cause any delay in the discovery, nor will it affect any trial date since neither a discovery order nor a trial date has been set by the Court.

6.  Douglas Johnson, Esq., understands that by substituting into the case, he expressly accepts all dates set for pre-trial proceedings, for trial or hearing, in any discovery plan, or court order, if applicable pursuant to LR IA10-6.

| HALL JAFFE & CLAYTON, LLP | LAW OFFICES OF DOUGLAS JOHNSON |
|---|---|
| By _/s/ Riley A. Clayton_<br>RILEY A. CLAYTON<br>Nevada Bar No. 005260<br>7455 W. Washington Ave, Suite 460<br>Las Vegas, NV 89128 | By _____<br>DOUGLAS R. JOHNSON, ESQ.<br>Nevada Bar No. 007765<br>7785 W. Sahara Ave., #203<br>Las Vegas, NV 89117<br>702-362-6777<br>Cell 702 332 7352 |
| By _/s/_<br>MICHAEL JOHNSON | |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: _____

2

1 | of the defendants in this matter, Michael Johnson.

2 |     2.    A conflict of interests has arisen in this case in light of Plaintiff's addition of Mandalay Bay as a co-defendant. Mandalay Bay is currently one of Mr. Clayton's clients and Mandalay Bay may have a potentially adverse interest to that of Michael Johnson with respect to this litigation.

    3.    Douglas Johnson, Esq., of the Law Offices of Douglas Johnson, will substitute in as counsel of record for defendant Michael Johnson.

    4.    Michael Johnson hereby consents to the substitution of his new lawyer.

    5.    The substitution of counsel will not cause any delay in the discovery, nor will it affect any trial date since neither a discovery order nor a trial date has been set by the Court.

    6.    Douglas Johnson, Esq., understands that by substituting into the case, he expressly accepts all dates set for pre-trial proceedings, for trial or hearing, in any discovery plan, or court order, if applicable pursuant to LR IA10-6.

HALL JAFFE & CLAYTON, LLP

By _____
RILEY A. CLAYTON
Nevada Bar No. 005260
7455 W. Washington Ave, Suite 460
Las Vegas, NV 89128

By _____
MICHAEL JOHNSON

LAW OFFICES OF DOUGLAS JOHNSON

By _____
DOUGLAS R. JOHNSON, ESQ.
Nevada Bar No. 007765
7785 W. Sahara Ave., #203
Las Vegas, NV 89117

*4/27/2011*

***ORDER***

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
Dated: 5-27-11

2

## CERTIFICATE OF SERVICE

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of HALL JAFFE & CLAYTON, LLP, and that on the 24th day of May, 2011, the foregoing **STIPULATION AND ORDER FOR SUBSTITUTION OF COUNSEL** was served upon the parties via the Court's e-filing and service program and by placing an original or true copy thereof in a sealed envelope, and depositing it in the U.S. Mail, postage prepaid, at Las Vegas, Nevada, addressed as follows:

Christine E. Drage, Esq.
Dylan P. Todd, Esq.
WEIL & DRAGE, APC
6085 W. Twain Avenue, Suite 203
Las Vegas, NV 89103
Fax: (702) 314-1909
*Attorneys for Plaintiff,*
*William R. Hanson*


J. Bruce Alverson, Esq.
Karie N. Wilson, Esq.
ALVERSON TAYLOR
MORTENSEN & SANDERS
7401 W. Charleston Boulevard
Las Vegas, NV 89117
Fax: (702) 385-7000
*Attorneys for Defendant,*
*Dream Makers*


Douglas R. Johnson, Esq.
LAW OFFICES OF DOUGLAS JOHNSON
7785 W. Sahara Ave., #203
Las Vegas, NV 89117


*[signature: Renee Ouelette]*
An Employee of HALL JAFFE & CLAYTON, LLP