# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| WILLIAM R. HANSON,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL JOHNSON, et al.,<br><br>                Defendants. | 2:10-cv-01649-GMN-VCF<br><br>**REPORT AND RECOMMENDATION** |

      Before the Court is *William R. Hanson v. Michael Johnson, et al.*, case no. 2:10-cv-01649-GMN-VCF. On October 21, 2013, this court entered an order (#77) setting a status conference for 9:00 AM on Wednesday, November 13, 2013. The order was served on plaintiff's counsel through CM/ECF, but plaintiff's counsel did not appear. The order was served by mail on defendant Dream Maker, LLC, c/o Ken Bailey, 450 South Ronald Regan Blvd, Longwood, Florida 32750. On October 30, 2013, that mail was returned as undeliverable (#78).

      On February 24, 2012, an order (#63) was entered allowing counsel for Dream Maker, LLC, to withdraw. Since that date, no counsel has appeared for Dream Maker, LLC. An order (#73), entered on June 4, 2013, dismissed all claims, reserving only the plaintiff's claim against Dream Maker, LLC. Other than the sealing of order #73 and the scheduling of the November 13th status conference, no action has been taken by any party in this case since last June. On October 17, 2013, the Clerk issued a Notice to Counsel pursuant to Local Rule 41-1 advising that if no action is taken in this case within 30 days, the Clerk's office will make application to the Court for dismissal for want of prosecution. There has been no response to this notice.

1       The court infers from these circumstances, especially from plaintiff counsel's non-appearance at the status check, that the plaintiff does not wish to pursue his claims against the only remaining defendant in this case, an unrepresented limited liability company.

      Accordingly, IT IS HEREBY RECOMMENDED that all remaining claims against all remaining parties be dismissed with prejudice.

      DATED this 19th day of November, 2013.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE