1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

WILLIAM R. HANSON                    )
                                     )          Case 2:10-cv-01649-GMN-VCF
                    Plaintiff,       )
                                     )     **ORDER ACCEPTING REPORT AND**
        vs.                          )     **RECOMMENDATION OF MAGISTRATE**
                                     )          **JUDGE CAM FERENBACH**
MICHAEL JOHNSON, et al.,             )
                                     )
                    Defendants.      )
                                     )
_____     )

Before the Court for consideration is the Report and Recommendation (ECF No. 80) of the Honorable Cam Ferenbach, United States Magistrate Judge, entered November 20, 2013.

Pursuant to Local Rule IB 3-2(a), objections to the Report and Recommendation (ECF No. 80) were due by December 7, 2013. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and has determined that Magistrate Judge Ferenbach's Recommendations should be **ACCEPTED**.

**IT IS THEREFORE ORDERED** that all remaining claims against all remaining parties are hereby **DISMISSED with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

**DATED** this 10th day of December, 2013.

_____
Gloria M. Navarro
United States District Judge